IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-40473
Summary Calendar
_____


SEAN L. PRICE,

                              Plaintiff-Counter Defendant-Appellant,

                    versus

SUZETTE DAYSON SHELMIRE, ET AL.,

                                             Defendants,

SUZETTE DAYSON SHELMIRE,

                    Defendant-Counter Claimant-Appellee.
_____

Appeal from the United States District Court for the
Eastern District of Texas
USDA No. 6:94-CV-573
_____

January 17, 1996
Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Sean L. Price appeals the district court's denial of his
motion for reconsideration, which the court construed as a motion
for relief pursuant to Fed. R. Civ. P. 60(b).  He argues that any
applicable statutes of limitations pertaining to his claim that the
defendants fraudulently obtained property from his mother and aunt
in violation of their civil rights should be tolled.  We have

     [*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

reviewed the record and the district court's opinion and find no reversible error. Accordingly, we AFFIRM for essentially the reasons given by the district court.

A F F I R M E D.